UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID MILLER and MARTHA MILLER,**

    Plaintiffs,

v.                                          Case No: 8:18-cv-2679-T-35AAS

**ALLY FINANCIAL, INC.,**

    Defendant.

## ORDER

    **THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion to Stay and Submit Case to Arbitration. (Dkt. 4)  In the Motion, the Parties state that they "have agreed to submit this matter to arbitration." (Id.)

    In light of the Parties' stipulation, the Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

    **DONE** and **ORDERED** in Tampa, Florida, this 27th day of November, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person